UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN LUTTRULL                                                     CIVIL ACTION

VERSUS

DARRYL VANNOY, ET AL.                         NO. 20-00311-BAJ-EWD

## RULING AND ORDER

Before the Court is Plaintiff's Complaint. (Doc. 1). The Magistrate Judge has issued a **Report and Recommendation (Doc. 6)**, recommending that the claims for monetary damages against Darryl Vannoy and James LeBlanc ("Defendants") in their official capacities be dismissed with prejudice as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, to the extent that Plaintiff asserted such claims. The recommendation is opposed. (Doc. 7). Plaintiff argues that he has "met his burden of proof under the burden shifting framework of the [Religious Land Use and Institutionalized Persons Act]." (Doc. 7, p. 5). Plaintiff does not, however, oppose the fact that 42 U.S.C. § 1983 does not provide a federal forum for a litigant who seeks monetary damages against either a state or its officials acting in their official capacities. *See Hafer v. Melo*, 502 U.S. 21, 25 (1991).

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Plaintiff's claims for monetary damages against Darryl Vannoy and/or James LeBlanc in their official capacities are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that this matter is **REFERRED** to the Magistrate Judge for further proceedings on Plaintiff's remaining claims for injunctive relief and monetary damages against Defendants in their individual capacities.

Baton Rouge, Louisiana, this 28th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**