UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN LUTTRULL                                                          CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                       NO. 20-00311-BAJ-EWD

### RULING AND ORDER

Before the Court is a **Motion to Dismiss (Doc. 13)** filed Defendants Darrell Vannoy and James LeBlanc. The Motion is unopposed. The Magistrate Judge has issued a **Report and Recommendation (Doc. 20),** recommending that the Court grant Defendants' motion and dismiss Plaintiff's claims against Defendants without prejudice. (*Id.* at p. 8). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant Nicole Robinson's **Motion to Dismiss (Doc. 13)** is **GRANTED.**

1

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Darrell Vannoy and James LeBlanc be and are hereby **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 2nd day of September, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**